UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JAMES MICHAEL AUSTIN | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:18-cv-00059-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| FRANKLIN COUNTY, KENTUCKY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on a Recommended Disposition filed by United States Magistrate Judge Edward B. Atkins. [R. 24.] James Michael Austin, the Plaintiff, filed a motion for protection claiming that Franklin County Regional Jail was taking retaliatory actions against him for his current lawsuit. [R. 21.] On February 1, 2019, Judge Atkins reviewed this motion and recommended that Austin's motion be denied, directing parties to file objections within fourteen days. [R. 24.] No objections were filed.

Under Federal Rule of Civil Procedure 72(b)(2), a petitioner has fourteen days after service to register any objections to the Recommended Disposition or else waive his rights to appeal. In order to receive *de novo* review by this Court, any objection to the recommended disposition must be specific. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). A specific objection "explain[s] and cite[s] specific portions of the report which [counsel] deem[s] problematic." *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007). A general objection that fails to identify specific factual or legal issues from the recommendation, however, is not permitted, since it duplicates the Magistrate's efforts and wastes judicial economy. *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 509 (6th Cir. 1991). When no objections are

made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). No objections were filed but this Court has examined the record, and agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, the Court hereby **ORDERS** that Judge Atkin's Recommended Disposition [R. 24] is **ADOPTED** as and for the opinion of the Court. The Plaintiff's Motion for Protection [R. 21] is **DENIED**.

This the 7th day of May, 2019.

Gregory F. Van Tatenhove
United States District Judge